PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
0207 1:15CR00296

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| David Richmond<br>262 Rising Meadow Way<br>East Stroudsburg Pennsylvania 18302 | Eastern District Of New York | |

NAME OF SENTENCING JUDGE
Honorable Pamela K. Chen, USDJ

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 9/6/2017 | 9/5/2023 |

**OFFENSE**

**Count 1**: CONSPIRACY TO DISTRIBUTE HEROIN AND COCAINE, 21 U.S.C. § 846, 21 U.S.C. § 846(b)(1)(A)
**Count 2**: UNLAWFUL USE OF A FIREARM, 18 U.S.C. § 942(c)(1)(A)(i)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Eastern  DISTRICT OF  New York

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Middle District of Pennsylvania  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/6/2020 — *Date*

s/Hon. Pamela K. Chen — *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Middle  DISTRICT OF  Pennsylvania

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/7/20 — *Effective Date*

*s/ Malachy E. Mannion* — *United States District Judge*